UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROBERT MANNING,

                       Plaintiff Pro Se,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                       Defendant.
----------------------------------------------------------------X

JUDGMENT
05-CV-1016 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 16 2005 ★
P.M. _____
TIME A.M. _____

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 14, 2005, reversing the Commissioner's final decision denying plaintiff's application for Social Security benefits; and remanding the matter to the Commissioner for further proceedings, pursuant to the fourth sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g); it is

      ORDERED and ADJUDGED that the Commissioner's final decision denying plaintiff's application for Social Security benefits is reversed; and that the matter is remanded to the Commissioner for further proceedings, pursuant to the fourth sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Dated: Brooklyn, New York
         September 15, 2005

                                                 /s/
                                      ROBERT C. HEINEMANN
                                      Clerk of Court